# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1031**
**CA 14-01929**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, WHALEN, AND DEJOSEPH, JJ.

---

KATHLEEN A. BURGER AND DOUGLAS W. BURGER,
PLAINTIFFS-APPELLANTS,

V                                                               ORDER

KENMORE-TOWN OF TONAWANDA UNION FREE SCHOOL
DISTRICT, DEFENDANT-RESPONDENT.
(APPEAL NO. 2.)

---

THE COSGROVE LAW FIRM, BUFFALO (J. MICHAEL LENNON OF COUNSEL), FOR
PLAINTIFFS-APPELLANTS.

CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (THOMAS J. SPEYER OF
COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Erie County (Thomas
P. Franczyk, A.J.), entered May 2, 2014.  The judgment dismissed the
complaint upon a verdict of no cause of action.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  October 2, 2015                          Frances E. Cafarell
                                                   Clerk of the Court